Issues II-V-III   Issues II-V-III Issues II-V-III Issues II-V-III  Issues II-V-V Issues II-V-IV
judges: Tatel, Srinivasan, Williams